984 A.2d 935

David THIERFELDER and Joanne Thierfelder, H/W,

v.

Irwin WOLFERT, M.D., and Medical Center at Gwynedd and Abington Memorial Hospital.

Petition of Irwin Wolfert, M.D.

Supreme Court of Pennsylvania.

Nov. 24, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of November 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether, for purposes of determining professional negligence, a general practitioner who provides mental health treatment to a patient is held to the same higher duty as a specialist in psychiatry or psychology?